JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BERTHA MEZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>30 DAY CREDIT REPAIR INC.,<br><br>　　　　Defendant. | Case No. 5:23-cv-01166 JGB (KKx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Default Judgment filed by Plaintiff, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment is **GRANTED**;

2. Final judgment be **ENTERED** in favor of Plaintiff against Defendant 30 Day Credit Repair Inc. on Plaintiff's CROA and CCSOA claims;

3. Plaintiff is **AWARDED** $4,078.95, consisting of $350 in actual damages, $3,173.00 in attorneys' fees, and $555.95 in costs;

//

//

//

1     4. Plaintiff is **ORDERED** to mail a copy of this Order and Judgment to
2         Defendant.  Plaintiff shall file a proof of service with the Court within ten
3         days of the date of this Order.

**IT IS SO ORDERED.**

Dated:  March 29, 2024

                                         THE HONORABLE JESUS G. BERNAL
                                         United States District Judge